IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL R. SIROIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:04cv3064 |
| | ) | |
| v. | ) | |
| | ) | |
| SUPERIOR PUBLISHING COMPANY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 57 be stricken from the record for the following reason(s):

- Incorrect/Incomplete PDF document attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 57 from the record. The party has re-filed the document.

DATED this 21st day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge